| RETURN | | |
|---|---|---|
| **DATE WARRANT RECEIVED**<br><br>10/10/06 | **DATE AND TIME WARRANT EXECUTED**<br><br>10/12/06  0900 HOURS | **COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH**<br>COMPASS BANK, FAXED COPY TO MARK A. TREADWELL AT (256) 825-5667 ON 10/17/06 |

**INVENTORY MADE IN THE PRESENCE OF**

MONA M. GEORGE & DAVID WIZOREK

**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

$10,538.34 IN U.S. CURRENCY (CONVERTED TO COMPASS BANK OFFICIAL CHECK NUMBER 1074660(6) - CONVERTED ON 10/16/2006

### CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_Jonathan E. Morrison_

Subscribed, sworn to, and returned before me this date.

_Vanzetta Penn McPherson_   10/26/06

U.S. Judge or Magistrate   Date

RETURNED AND FILED

OCT 2 - 2006

U.S. DISTRICT COURT